UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**KATHLEEN SOUZA**
               Plaintiff(s)

      v.                                 CIVIL ACTION NO. **15-10333-DJC**

**CITY OF TAUNTON PUBLIC SCHOOLS, ET AL**
               Defendant(s)

### JUDGMENT IN A CIVIL CASE

CASPER, D.J.

X    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐    **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment for the defendants City of Taunton Public Schools and City of Taunton.

Robert M. Farrell, Clerk

Dated:  6/15/17                               /s/ Lisa M. Hourihan
                                                      ( By )  Deputy Clerk